# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0013. IN THE INTEREST OF N.H., et al (MOTHER).**

Jazmin Hayes's motion for extension of time to file a discretionary application from the trial court's August 24, 2023 order is GRANTED. Hayes shall have until October 16, 2023 to file a discretionary application with this Court.

Hayes should include a copy of this order in the application materials when she files her discretionary application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/21/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*